No. 1365, Misc. CORBIN *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Pa. Certiorari denied. *Gerald E. Ruth* for petitioner.

No. 1366, Misc. FURTAK *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1368, Misc. McCRARY *v.* SOUTH CAROLINA ET AL. Sup. Ct. S. C. Certiorari denied.

No. 1369, Misc. WILLIAMS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 1372, Misc. TKACZYK ET AL. *v.* GALLAGHER ET AL. C. A. 2d Cir. Certiorari denied. *Loring J. Whiteside* for petitioners.

No. 1373, Misc. EIDENMUELLER *v.* FOLLETTE, WARDEN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1374, Misc. PRIDGEN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied.

No. 1408, Misc. CAREY *v.* GEORGE WASHINGTON UNIVERSITY. C. A. D. C. Cir. Certiorari denied.

No. 1419, Misc. JOHNSON *v.* TEXAS. C. A. 2d Cir. Certiorari denied.

No. 1247, Misc. EVERETT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se.* *Solicitor General Marshall* for the United States.